451 A.2d 8

Commonwealth, Appellant v. McCaigue.

Argued March 9, 1981.

Stuart M. A. Bliwas, Attorney General, for Commonwealth, appellant; D. Bruce Cahilly, for appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.